IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HUMBERTO FIERRO-RASCON,

        Petitioner,                              JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 16-cv-24-jdp

UNITED STATES OF AMERICA,

        Respondent.

---

     This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Humberto Fierro-Rascon denying his motion for post conviction relief under 28 U.S.C. § 2255.


    _____s/ A. Wiseman, Deputy Clerk_____        _____8/31/2016_____
        Peter Oppeneer, Clerk of Court                    Date