UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WISCONSIN

HUMBERTO FIERRO RASCON

PETITIONER,

V

United States of America

CASE No 14-CY-13-Jdp
16-CV-Jdp.

## Notice of Appeal

COMES NOW, Humberto Fierro Rascon, pro-se petitioner (petitioner), Moves the honorable United States District Court for the Western District of Wisconsin (District Court) to issue an order, in the petition- for a NOTICE OF APPEAL. With respect to FRCP Rule 59(e) that was Denied in about July 24-2020.

WHEREFORE, petitioner moves the honorable District Court To grant this Notice of Appeal Brought within a reasonable time.

Date: 08/09/2020

Respectfully Submitted

Humberto Fierro Rascon
HUMBERTO FIERRO RASCON. REG 13445-051
Federal Correctional Institution
P.O Box 6000
Glenville W.V. 26351